Jan C. Yazowski-Collier et al., Appellants, v Angela P. Longo, Constituting the Oneida County Board of Elections, et al., Respondents.

Present—Callahan, J. P., Boomer, Green and Lawton, JJ. (Order entered Oct. 30, 1986.)